IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAWESOME PET PRODCUTS LLC, *et al*., | |
| Plaintiff | Civil Action No. 22-cv-629 |
| v. | |
| COLORFLOWERS, *et al*., | (Chief Judge Hornak) |
| Defendants. | |

**<u>Motion to Strike Answer, Defenses and Counterclaims of SLICKZTHINGS4U</u>**

1. On or about July 12, 2022, a "*pro se*" Answer and Counterclaim purportedly written and filed by defendant SLICKZTHINGS4U was filed at ECF No. 87.

2. The document filed at ECF No.; 87 should be stricken from the record as it was ***not signed*** under Fed. R. Civ. P. 11 (a).

3. Further, based upon a review of the language and complexity and substance of the document, the paper was likely ghostwritten by counsel that did not enter their appearance before the Court. *See Snyder v. Daugherty, et al*., 899 F. Supp. 22 39, 414 (W.D. Pa., Civil Action No. 11-cv-879, September 28, 2012)(Hornak J.)("Ghostwriting by an attorney is a misrepresentation to this Court which is not permitted. The practice gives the "pro se" plaintiff who otherwise be entitled to special leniency an unfair advantage, and violates an involved attorney's duty of candor to the Court.")(citations removed).'

4. Thus, an independent basis to strike the document filed at ECF No. 87 is that it was ghost written.

5. Regardless of whether the Court finds the document was ghostwritten, this Court has previously entered an order striking from the docket an unsigned document filed by an alleged "pro se" defendant. See ECF No. 82.

6. An appropriate order granting the motion is filed herewith.

Respectfully submitted,

| | |
|---|---|
| FERENCE & ASSOCIATES LLC | /s/ Brian Samuel Malkin |
| 409 Broad Street | Stanley D. Ference III |
| Pittsburgh, Pennsylvania 15143 | Pa. ID No. 59899 |
| (412) 741-8400 – Telephone | courts@ferencelaw.com |
| (412) 741-9292 – Facsimile | |
| Attorneys for Plaintiff | Brian Samuel Malkin |
| | Pa. ID No. 70448 |
| | bmalkin@ferencelaw.com |

Dated: July 14, 2022